13-2689  David Stebbins v. Wes Bradford, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/01/2013

**Case Name:**   David Stebbins v. Wes Bradford, et al
**Case Number:**  13-2689

**Docket Text:**
Civil case docketed. [4061236] [13-2689]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com