UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS                                                                PLAINTIFF

VS.                              CASE NO. 13-2689

WES BRADFORD,
STATE OF ARKANSAS
BOONE COUNTY CIRCUIT COURT,                                   DEFENDANT
CHAMBERS OF GORDON WEBB, AND
DAVID D. STEBBINS

## MOTION FOR EXTENSION OF TIME TO FILE

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Motion for Extension of Time to File his Briefing.

1. The deadline crept up on Plaintiff, and Plaintiff actually believed that the deadline was in fact September 17, 2013, not September 10.

2. Plaintiff was already going to move for an extension even if it were September 17, 2013, as he needed more time to prepare the briefing. Plaintiff only found out what the real deadline was when he was looking at the briefing schedule to find the case number so he could file this Motion.

3. Plaintiff has been bombarded with frivolous motions in state court against other parties, which has taken up the time Plaintiff was hoping to use preparing this briefing.

4. Plaintiff requests an additional 30 days – until October 10, 2013 – with which file his briefing. He was going to ask for three weeks, but then the deadline ended up being a week earlier than he had anticipated.

5. No prejudice to the other party will come to this extension, by reason of the simple fact that there is no other party in this case right now.

Wherefore, premises considered, Plaintiff respectfully requests that he be given an

additional 30 days to file his briefing in this case. So requested on this 10th day of September, 2013.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com
