# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2689

David Anthony Stebbins

Appellant

v.

Wes Bradford, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03131-PKH)
_____

**ORDER**

Appellant's motion for an extension of time to file the brief is granted in part. Appellant may have until October 2, 2013 to file the brief.

September 11, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans