# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2689

David Anthony Stebbins

Appellant

v.

Wes Bradford, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03131-PKH)
_____

**ORDER**

David Anthony Stebbins's motion to immediately reinstate appellant's right of access to the courts is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

September 30, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans