# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2689

David Anthony Stebbins

Appellant

v.

Wes Bradford, et al.

Appellees

___

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03131-PKH)
___

**ORDER**

Appellant's motion for preliminary injunction has been considered by the court and is denied.

October 03, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans