United States Court of Appeals
For the Eighth Circuit

_____

No. 13-2689
_____

David Anthony Stebbins

*Plaintiff - Appellant*

v.

Wes Bradford; State of Arkansas; Boone County Circuit Court; Gordon Webb,
Chambers of; David D. Stebbins

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison
_____

Submitted: January 30, 2014
Filed: February 4, 2014
[Unpublished]
_____

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

David Stebbins appeals from an order of the District Court[1] dismissing his civil complaint prior to service under 28 U.S.C. § 1915(e)(2). Stebbins alleged that defendants had a motive to steal a missing file in a civil case that he had filed in state court. Upon careful de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that the District Court properly dismissed the complaint for failure to state a claim. Stebbins also seeks to challenge the imposition of certain restrictions on his ability to file complaints in the district court. These restrictions were imposed in a different case, however, and are not properly before us in this appeal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1] The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas, adopting in part the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.