# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2689

David Anthony Stebbins

Appellant

v.

Wes Bradford, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03131-PKH)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

March 13, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans